IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R.B. BROWN, JR., 1012579, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:05-CV-644-H |
| ) | |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
| Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _29_ day of _April_, 2005.

BAREFOOT SANDERS
UNITED STATES DISTRICT JUDGE